PATRICIA KANE *v.* JAMES D. PARRY
(10773)

DALY, O'CONNELL and NORCOTT, Js.

Argued June 1—decision released June 16, 1992

*Philip M. French,* with whom, on the brief, was *Patricia Kane,* for the appellant (plaintiff).

*Sperry A. DeCew,* for the appellee (defendant).

PER CURIAM. The judgment is affirmed.